GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY    5860-0
   esaffery@goodsill.com
FOREST B. JENKINS    9761-0
   fjenkins@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

CLEMENT & MURPHY, PLLC

PAUL D. CLEMENT (*pro hac vice pending*)
ERIN E. MURPHY (*pro hac vice pending*)
MATTHEW D. ROWEN (*pro hac vice pending*)
MARIEL BROOKINS (*pro hac vice pending*)
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900

Attorneys for Plaintiff
NATIONAL SHOOTING SPORTS
FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>         PLAINTIFF,<br><br>  vs. | CIVIL NO. 1:23-CV-00287 DKW-RT<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KEVIN B. REID; DECLARATION |

ANNE E. LOPEZ, ATTORNEY
GENERAL OF THE STATE OF
HAWAII,

               DEFENDANT.

OF SUSAN CUPERO;
CERTIFICATE OF WORD COUNT;
CERTIFICATE OF SERVICE


JUDGE: Hon. Derrick K. Watson

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff National Shooting Sports Foundation ("NSSF"), through the undersigned counsel, hereby moves this Court for a preliminary injunction enjoining the enforcement of Hawaii House Bill 426.

This motion is brought pursuant to Fed. R. Civ. P. 65 and is based upon the Memorandum in Support of Motion for Preliminary Injunction, the records and files herein, and the arguments and evidence presented at any hearing on this motion.

DATED:  Honolulu, Hawaii, July 17, 2023.

/s/ *Edmund K. Saffery*
EDMUND K. SAFFERY
FOREST B. JENKINS

Attorneys for Plaintiff
NATIONAL SHOOTING SPORTS
FOUNDATION