ANNE E. LOPEZ                                         7609
   Attorney General of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES              9964
   Solicitor General
NICHOLAS M. MCLEAN                            10676
   First Deputy Solicitor General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: kaliko.d.fernandes@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>       Plaintiff,<br><br>  v.<br><br>ANNE E. LOPEZ, Attorney General of the State of Hawaiʻi,<br><br>       Defendant. | Civil No. 1:23-cv-00287-DKW-RT<br><br>**NOTICE OF APPEARANCE; CERTIFICATE OF SERVICE**<br><br>Chief Judge Derrick K. Watson |

# NOTICE OF APPEARANCE

Deputy Attorney General KALIKOʻONĀLANI D. FERNANDES hereby enters her appearance as counsel for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi.  By this notice, appearing counsel requests that her name be added to the docket for this case, and that all future correspondence and pleadings be additonally directed to:

Kalikoʻonālani D. Fernandes
Department of the Attorney General
425 Queen Street
Honolulu, Hawaiʻi  96813
Tel.:  (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or purusaunt to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

/

/

/

/

/

1

2

DATED: Honolulu, Hawaiʻi, July 17, 2023.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi