| | |
|---|---|
| ANNE E. LOPEZ | 7609 |
|    Attorney General of the State of Hawaiʻi | |
| KALIKOʻONĀLANI D. FERNANDES | 9964 |
|    Solicitor General | |
| NICHOLAS M. MCLEAN | 10676 |
|    First Deputy Solicitor General | |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 586-1360
E-Mail: nicholas.mclean@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>        Plaintiff,<br><br>   v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi,<br><br>        Defendant. | Civil No. 1:23-cv-00287-DKW-RT<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><u>District Judge:</u><br>Hon. Derrick K. Watson<br><br><u>Magistrate Judge:</u><br>Hon. Rom A. Trader |

## FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil LR6.2, Plaintiff NATIONAL SHOOTING SPORTS FOUNDATION ("**Plaintiff**") and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi ("**Defendant**" and, together with Plaintiff, the "**Parties**"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on July 12, 2023 (ECF No. l), and;

WHEREAS, Defendant was served on July 13, 2023, and;

WHEREAS, the deadline for Defendant's response to Plaintiff's Complaint is currently August 3, 2023, and;

WHEREAS, the Parties agree that it is not necessary for Defendant to respond to the Complaint during the pendency of preliminary injunctive relief proceedings;

NOW, THEREFORE, the Parties stipulate that the deadline for Defendant's response to the Complaint shall be 10 days following the date on which the Court grants or denies Plaintiff's Motion for a Preliminary Injunction (ECF No. 13).

This is the first stipulation submitted in connection with this litigation.

/

/

/

2

DATED: Honolulu, Hawaiʻi, July 19, 2023.

/s/ *Edmund K. Saffery*
EDMUND K. SAFFERY
FOREST B. JENKINS
PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN
MARIEL A. BROOKINS

Attorneys for Plaintiff NATIONAL SHOOTING SPORTS FOUNDATION

DATED: Honolulu, Hawaiʻi, July 19, 2023.

/s/ *Nicholas M. McLean*
KALIKOʻONĀLANI D. FERNANDES
NICHOLAS M. MCLEAN

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi

**APPROVED AND SO ORDERED.**

DATED: July 20, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

*National Shooting Sports Foundation v. Lopez*, 1:23-cv-00287-DKW-RT (D. Haw.); FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

3