HID 007A (Rev. 02 /14) Motion to Appear Pro Hac Vice

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| National Shooting Sports Foundation <br> *Plaintiff* <br> v. <br> Anne E. Lopez, Attorney General of the State of Hawaii <br> *Defendant* | Case No. 1:23-cv-00287-DKW-RT |

**MOTION TO APPEAR PRO HAC VICE**
(Attach Declaration of Counsel in support of motion. $300.00 assessment required to be paid through Pay.gov.)

| | |
|---|---|
| Name of Attorney: | William J. Taylor, Jr. |
| Firm Name: | Everytown Law |
| Firm Address: | 450 Lexington Avenue, PO Box 4184 <br> New York, NY 10017 |
| Attorney CM/ECF Primary email address: | wtaylor@everytown.org |
| Firm Telephone: | (646) 324-8215      Firm Fax: (917) 410-6932 |
| Party Represented: | Anne E. Lopez, Attorney General of the State of Hawaii |
| Name/Address of Local Counsel | Kalikoʻonalani D. Fernandes <br> Department of the Attorney General, State of Hawaiʻi <br> 425 Queen Street, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-named attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding. This request is based on the declaration of the attorney seeking to appear pro hac vice.

| | | |
|---|---|---|
| 08/17/2023 | */s/ Kalikoʻonalani D. Fernandes* | Kalikoʻonalani D. Fernandes |
| Dated: | Signature* | (Print name if original signature) |

*If this motion is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.

HID 007A (Rev.02 /14) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| National Shooting Sports Foundation <br> *Plaintiff* <br> v. <br> Anne E. Lopez, Attorney General of the State of Hawaii <br> *Defendant* | Case No. 1:23-cv-00287-DKW-RT |

**DECLARATION OF COUNSEL**
(Attach to Motion to Appear Pro Hac Vice.)

Name of Declarant: William J. Taylor, Jr.

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is:

   Residence: New York, NY
   Office: New York, NY

2. I have been admitted to practice in the following courts on the dates noted:
   See attached Exhibit A.

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):
   All the courts identified in paragraph 2.

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; (c) have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation known to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.
   Yes, except as to (c), which is explained in Exhibit B.

5. If I am concurrently making or have made within the preceding year a motion to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the motion and whether the motion was granted.

   National Association for Gun Rights v. Lopez, No. 1:22-cv-00404-DKW-RT; motion dated 3/21/2023 (ECF 51); motion granted 3/22/2023 (ECF 52).

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in this district, with the address, telephone and fax numbers, and e-mail address noted:

   Kalikoʻonalani D. Fernandes
   Department of the Attorney General, State of Hawaiʻi
   425 Queen Street, Honolulu, HI 96813
   Tel.: (808) 586-1360; Fax: (808) 586-8116
   kaliko.d.fernandes@hawaii.gov

7. CM/ECF: *Filing documents electronically/Receiving e-mail notification.*

   ● Full participation. I am requesting a waiver of the required CM/ECF training. I am a registered user of CM/ECF in the following Bankruptcy and/or District Court(s):

   See attached Exhibit C.

   ○ Full participation. Computer Based Training (CBT) completed. I have completed CBT modules 1 and 2 currently available on the USDC District of Hawaii website at: www.hid.uscourts.gov

   a. I will abide by all orders, rules, and administrative procedures governing the use of my login and password and the electronic filing of documents in the CM/ECF system of the United States District Court for the District of Hawaii.
   b. Use of my CM/ECF User login and password constitutes my signature on an electronically filed document for all purposes and shall have the same force and effect as if I had affixed my signature on a paper copy of the document being filed (full participation registrants only).
   c. I may authorize one or more employees or office staff members to use my login and password for the electronic filing of a document. However, such use constitutes my signature on the electronically filed document. I will not knowingly permit use of my login and password by anyone not so authorized, I shall take steps to prevent such unauthorized use, and I shall be fully responsible for all use of the login and password whether authorized or unauthorized. If authorization to use a login and password is withdrawn (e.g., when a staff member leaves employment) or if unauthorized use of a login and password is suspected, I shall select and activate a new password for use in the CM/ECF system. I also shall immediately notify the court upon learning of any unauthorized use. I understand that failure to change the password and notify the court may result in sanctions (full participation registrants only).
   d. This registration constitutes my waiver of service of a paper copy of a notice and a request in writing that, instead of notice by mail, notice be sent to me by electronic transmission through the court's CM/ECF system. This also constitutes my consent in writing to accept service of documents by e-mail through the CM/ECF system. I will maintain an active e-mail account for notice and service by electronic transmission, and will keep such e-mail account information current in my CM/ECF User account.

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: August 17, 2023                                       /s/ William J. Taylor, Jr.
                                                              Signature

**CONSENT OF LOCAL COUNSEL**
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated: 08/17/2023                                            */s/ Kalikoʻonalani D. Fernandes*
                                                              Signature

# EXHIBIT A

## William J. Taylor, Jr.'s Court Admissions

**State Bar License and Date of Admission**
- New York (#3958956)
  - Admitted Nov. 19, 2001

**Federal Courts and Dates of Admission**
- U.S. Supreme Court
  - Admitted Nov. 12, 2019
- U.S. Court of Appeals for the First Circuit
  - Admitted Feb. 3, 2023
- U.S. Court of Appeals for the Second Circuit
  - Admitted Jan. 17, 2023
- U.S. Court of Appeals for the Fourth Circuit
  - Admitted Dec. 21, 2022
- U.S. Court of Appeals for the Seventh Circuit
  - Admitted Apr. 30, 2021
- U.S. Court of Appeals for the Ninth Circuit
  - Admitted June 2, 2020
- U.S. District Court for the District of Colorado
  - Admitted June 29, 2018
- U.S. District Court for the Eastern District of New York
  - Admitted Dec. 18, 2013
- U.S. District Court for the Western District of New York
  - Admitted Apr. 10, 2013
- U.S. District Court for the Northern District of Florida
  - Admitted Jan. 17, 2012
- U.S. District Court for the Southern District of New York
  - Admitted Feb. 19, 2002

## EXHIBIT B

**4(c): Explanation for Pro Hac Vice Denial in U.S. District Court for the S.D. Cal.**

In January 2020, I and my co-counsel, attorneys at the law firm Kramer, Levin, Naftalis & Frankel LLP, applied for pro hac vice admission to the U.S. District Court for the Southern District of California in *Jones v. Becerra*, No. 3:19-cv-01226, for the purpose of moving for leave to file an amicus curiae brief on behalf of Everytown for Gun Safety Support Fund. The district court denied the applications for failure to designate local counsel with an office located within the district. We reapplied for pro hac vice admission. The court then denied all motions for leave to file an amicus brief in the case, including Everytown's motion, and in connection with that denial, denied our pro hac vice applications, which the court also noted were incomplete. In light of the denial of leave to participate as amicus curiae, we did not resubmit our pro hac vice applications. Since this denial of pro hac vice admission, I have continued to apply for and, without exception, gain admission to the bars of multiple federal courts.

# **EXHIBIT C**

**William J. Taylor, Jr.'s CM/ECF Registration**

- U.S. District Court for the District of Colorado
- U.S. District Court for the District of Connecticut
- U.S. District Court for the Northern District of Florida
- U.S. District Court for the Northern District of Illinois
- U.S. District Court for the District of Massachusetts
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Western District of New York
- U.S. District Court for the District of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| National Shooting Sports Foundation | ) | Case. No. 1:23-cv-00287-DKW-RT |
| | ) | |
| | ) | ORDER GRANTING MOTION TO |
| Plaintiff, | ) | APPEAR PRO HAC VICE AS TO |
| | ) | William J. Taylor, Jr. |
| vs. | ) | |
| | ) | |
| Anne E. Lopez, Attorney General of the State of Hawaii | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION
TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of William J. Taylor, Jr. _____ to Appear Pro Hac Vice.

| | |
|---|---|
| Name of Attorney: | William J. Taylor, Jr. |
| Firm Name: | Everytown Law |
| Firm Address: | 450 Lexington Avenue, PO Box 4184<br>New York, NY 10017 |
| Attorney CM/ECF Primary email address: | wtaylor@everytown.org |
| Firm Telephone: | (646) 324-8215 |
| Party Represented | Anne E. Lopez, Attorney General of the State of Hawaii |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____