# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00287-MWJS-RT |
| CASE NAME: | National Shooting Sports Foundation v. Anne E. Lopez |
| ATTYS FOR PLA: | Edmund K. Saffery<br>Matthew D. Rowen* |
| ATTYS FOR DEFT: | Alla Lefkowitz* |
| | Kaliko'onalani D. Fernandes<br>Nicholas Matthew McLean<br>Ryan Gerber* |

| | | | |
|---|---|---|---|
| JUDGE: | Micah W.J. Smith | REPORTER: | Ann Matsumoto |
| DATE: | 03/22/2024 | TIME: | 9:58 a.m. – 12:40 p.m. |

COURT ACTION:  EP:    Hearing on PLAINTIFF'S [13] MOTION FOR PRELIMINARY INJUNCTION held -

Oral arguments heard.

Plaintiff's [13] Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT.

Court to issue written order.

*Submitted by: Bernie Aurio, Courtroom Manager*