| | |
|---|---|
| ANNE E. LOPEZ (7609)<br>  Attorney General of Hawai'i<br>KALIKO'ONĀLANI D.<br>   FERNANDES (9964)<br>  Solicitor General<br>NICHOLAS M. MCLEAN (10676)<br>  First Deputy Solicitor General<br>Department of the Attorney<br> General, State of Hawai'i<br>425 Queen Street<br>Honolulu, Hawai'i 96813<br>Tel: (808) 586-1360<br>E-mail: kaliko.d.fernandes@hawaii.gov | ALLA LEFKOWITZ (PHV)<br>Everytown Law<br>P.O. Box 14780<br>Washington, D.C. 20044<br>Telephone: (202) 545-3257<br>Email: alefkowitz@everytown.org<br><br>WILLIAM J. TAYLOR, JR. (PHV)<br>Everytown Law<br>P.O. Box 4184<br>New York, NY 10017<br>Telephone: (646) 324-8215<br>Email: wtaylor@everytown.org |

*Attorneys for ANNE E. LOPEZ, in her official capacity as*
*Attorney General for the State of Hawai'i*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawai'i,<br><br>        Defendant. | Civil No. 23-00287 MWJS-RT<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br><u>District Judge:</u><br>Hon. Micah W.J. Smith<br><br><u>Magistrate Judge:</u><br>Hon. Rom Trader |

## SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Civil LR6.2, Plaintiff NATIONAL SHOOTING SPORTS FOUNDATION ("**Plaintiff**") and Defendant ANNE E. LOPEZ, in her official capacity as Attorney General of the State of Hawaiʻi ("**Defendant**" and, together with Plaintiff, the "**Parties**"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on July 12, 2023 (ECF No. l), and;

WHEREAS, Defendant was served on July 13, 2023, and;

WHEREAS, the Parties thereafter entered into a stipulation to extend the deadline for Defendant's response to the Complaint, which the Court filed on July 20, 2023 (ECF No. 22) (the "**First Stipulation**"), and;

WHEREAS, the Parties agreed in the First Stipulation to extend the deadline to respond to the Complaint until 10 days following the date on which the Court grants or denies Plaintiff's Motion for a Preliminary Injunction (ECF No. 13), and;

WHEREAS, the Parties agreed that it was not necessary for Defendant to respond to the Complaint during the pendency of the preliminary injunctive relief proceedings (ECF No. 22 at 2), and;

WHEREAS, on April 19, 2024, the Court entered an order denying Plaintiff's motion for preliminary injunction (ECF No. 63) (the "**Order**"), and;

WHEREAS, pursuant to the First Stipulation, Defendant's deadline to respond to Plaintiff's Complaint is currently April 29, 2024, *i.e.*, ten days

2

following the date of the Court's Order, which equates to a total amount of time previously obtained by extension of 270 days in light of the period during which ECF No. 13 was pending, and;

WHEREAS, the deadline for Plaintiff to notice an appeal of the Court's Order is May 20, 2024, by which time it will be clear to the Parties and the Court how Plaintiff intends to proceed;

WHEREAS, an extension would give Defendant additional time to respond to the Complaint in light of the press of other matters and the pending withdrawal of a member of Defendant's litigation team (ECF No. 64);

NOW, THEREFORE, the Parties agree that the deadline for Defendant's response to the Complaint shall be extended from April 29, 2024, until <u>June 10, 2024</u>.  This is the second stipulation to extend the Defendant's deadline to file a response to the Complaint submitted in connection with this litigation.

DATED: Honolulu, Hawai'i, April 24, 2024.

*/s/ Edmund K. Saffery*
EDMUND K. SAFFERY
FOREST B. JENKINS
PAUL D. CLEMENT
ERIN E. MURPHY
MATTHEW D. ROWEN
MARIEL A. BROOKINS

Attorneys for Plaintiff NATIONAL SHOOTING SPORTS FOUNDATION

3

DATED: Honolulu, Hawaiʻi, April 24, 2024.

/s/ *Kalikoʻonālani D. Fernandes*
KALIKOʻONĀLANI D. FERNANDES
   Solicitor General
NICHOLAS M. MCLEAN
   First Deputy Solicitor General

ALLA LEFKOWITZ*
WILLIAM J. TAYLOR, JR.*
   Special Deputy Attorneys General
   *Admitted *Pro Hac Vice*

**APPROVED AND SO ORDERED:**

DATED:  Honolulu, Hawaii, April 25, 2024.

Rom A. Trader
United States Magistrate Judge

---

Civ. No. 23-00287 MWJS-RT; *National Shooting Sports Foundation v. Lopez*; SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

4