GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

EDMUND K. SAFFERY     5860-0
   esaffery@goodsill.com
FOREST B. JENKINS     9761-0
   fjenkins@goodsill.com
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

CLEMENT & MURPHY, PLLC

PAUL D. CLEMENT (*pro hac vice*)
ERIN E. MURPHY (*pro hac vice*)
MATTHEW D. ROWEN (*pro hac vice*)
706 Duke Street
Alexandria, VA 22314
Telephone: (202) 742-8900

Attorneys for Plaintiff
NATIONAL SHOOTING SPORTS FOUNDATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>       PLAINTIFF,<br><br>vs.<br><br>ANNE E. LOPEZ, ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>       DEFENDANT. | CIVIL NO. 1:23-CV-00287 MWJS-RT<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES** |

12165081.1

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and LR41.1, the appearing parties hereto, through their respective counsel hereby stipulate that the Complaint filed herein on July 12, 2023, and all claims and causes of action brought by Plaintiff NATIONAL SHOOTING SPORTS FOUNDATION, against Defendant ANNE E. LOPEZ, ATTORNEY GENERAL OF THE STATE OF HAWAII be and are hereby dismissed without prejudice.  There are no remaining claims, counterclaims, cross-claims, or third-party claims in this action.

This stipulation has been signed by counsel for all parties who have made an appearance in this action.  Each party agrees to bear their own attorneys' fees and costs with regard to the dismissal of this action.

DATED:  Honolulu, Hawaii, May 24, 2024.

/s/ *Forest B. Jenkins*
EDMUND K. SAFFERY
FOREST B. JENKINS

PAUL D. CLEMENT (Pro Hac Vice)
ERIN E. MURPHY (Pro Hac Vice)
MATTHEW D. ROWEN (Pro Hac Vice)

Attorneys for Plaintiff
NATIONAL SHOOTING SPORTS FOUNDATION

DATED: Honolulu, Hawaii, May 24, 2024.

/s/ *Nicholas M. McLean*
ANNE E. LOPEZ
KALIKO'ONALANI D. FERNANDES
NICHOLAS M. MCLEAN

ALLA LEFKOWITZ (Pro Hac Vice)
WILLIAM J. TAYLOR (Pro Hac Vice)

Attorneys for Defendant
ANNE E. LOPEZ, ATTORNEY GENERAL OF THE STATE OF HAWAII

APPROVED AS TO FORM:

_____
Micah W.J. Smith
United States District Judge

---

*National Shooting Sports Foundation v. Anne E. Lopez, Attorney General of the State of Hawaii*; Civil No. 1:23-cv-00287 MWJS-RT; **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND ALL PARTIES**